IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 05-cr-125-01
:
KENNETH WILLIAMS :

ORDER

AND NOW, this 7th day of March 2011, IT IS ORDERED:

1. That defendant's "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255" is DENIED.

2. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.